UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deanne Fox, on behalf of her minor children, Nicholas and Julian,

Plaintiff,

Civil No. 01-1701 (RHK/RLE)

vs.

**ORDER**

Independent School District No. 2609, a/k/a Win-E-Mac School District, et al.,

Defendants.

---

Counsel for Defendants has advised the Court's calendar clerk of his intention to file a summary judgment motion; the matter has been placed on the Court's calendar for November 19, 2002. If the Motion is served and filed, it is referred to Magistrate Judge Raymond L. Erickson for a recommended disposition. Judge Erickson will advise the parties if he desires oral argument and the date and location.

Dated: September 30, 2002

RICHARD H. KYLE
United States District Judge

SEP 3 [illegible]
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK