UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Deanne Fox, on behalf of
Her Minor Children,
Nicholas and Julian,

Plaintiff,

vs.

NOTICE OF HEARING

Independent School District
No. 2609, a/k/a Win-E-Mac
School District, et al.,

Defendants.

Civ. No. 01-1701 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of October, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(B), and Order dated September 30, 2002, the Motion by the Defendants for Summary Judgment is set for Hearing before the undersigned on **Wednesday, December 11, 2002, at 9:00 a.m.**, in Court Room 2, United States Courthouse, Fergus Falls, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

OCT 24 2002

36

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * * * *

Deanne Fox, on behalf of
Her Minor Children,
Nicholas and Jullian,

Plaintiff,

vs. ORDER

Independent School District
No. 2609, a/k/a Win-E-Mac
School District, et al.,

Defendants. Civ. No. 01-1701 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of October, 2002.

* * *

On September 12, 2002, the undersigned issued an Order setting the above-entitled matter on for a Settlement Conference, for Thursday, January 9, 2003.

On September 30, 2002, the Hon. Richard H. Kyle, issued an Order indicating that, if the Defendants were going to file a Motion for Summary Judgment, they were to file such Motion by November 15, 2002, and, if a Summary Judgment Motion was filed, said Motion is referred to the undersigned. On October 21, 2002, the Defendants filed their Motion for Summary Judgment. The Hearing on the Motion for Summary Judgment is set for Wednesday,

OCT 2002

35

December 11, 2002. Accordingly, the Settlement Conference set for Thursday, January 9, 2003, will be stricken from this Court's calendar.

THEREFORE, It is --

ORDERED:

That the Settlement Conference set for Thursday, January 9, 2003, at 10:30 a.m., in Fergus Falls, Minnesota, shall be, and hereby is, stricken from this Court's calendar.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE