Cv 01-1701 RHK/RLE

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

**ORDER RE: SCHEDULE FOR SUBMISSION OF TRIAL MATERIALS FOR FEBRUARY, 2003 TRIAL CALENDAR**

---

Attached is an updated list of cases deemed ready for trial before the undersigned beginning February 1, 2003. Cases may be called out of order.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By January 15, 2003:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By January 22, 2003:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court); and

(3) Replies to Trial Briefs.

By January 27, 2003: Responses to the Written Objections.

Dated: November 25, 2002

RICHARD H. KYLE
United States District Judge

NOV 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

| | | |
|---|---|---|
| 1. | **Vincent G. Johnson** | **Terence O'Brien**<br>**651-437-6300** |
| | **vs CV 01-892 RHK/SRN**<br>**JURY** | |
| | **City of Minneapolis**<br>**et al** | **Scott Reeves**<br>**612-673-2010**<br>**Daniel A Haws**<br>**651-227-9411**<br><br>**Robert Kuderer**<br>**952-831-6544** |
| 2. | **Susan W. Hanger** | **Steven Schneider**<br>**218-727-6833** |
| | **vs CV 01-1506 RHK/RLE**<br>**JURY DULUTH** | |
| | **County of Lake**<br>**et al** | **Dyan Ebert**<br>**Melinda Sanders**<br>**320-251-1414** |
| | | **Pamela Parkinson**<br>**218-834-5547** |
| 3. | **Deanne Fox** | **Deanne Fox**<br>**218-444-3195** |
| | **vs CV 01-1701 RHK/RLE**<br>**JURY FERGUS FALLS** | |
| | **Independent School District**<br>**No. 2609**<br>**et al** | **Michael Feichtinger**<br>**320-251-1414** |

4.

| | |
|---|---|
| **Lounge Management LTD** | **Randall D B Tigue**<br>**612-825-0936** |
| **vs CV 01-2164 RHK/AJB**<br>**COURT** | |
| **Jason Petersen** | **Jon Iverson**<br>**952-548-7200** |