UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Deanne Fox, on behalf of
Her Minor Children,
Nicholas and Julian,

Plaintiff,

vs. MINUTE ORDER

Independent School District
No. 2609, a/k/a Win-E-Mac
School District, et al.,

Defendants. Civ. No. 01-1701 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 31st day of December, 2002.

* * *

By Order dated October 24, 2002, we scheduled a Hearing on the Defendants' Motion for Summary Judgment to be held on November 11, 2002, at the United States Courthouse in Fergus Falls, Minnesota. Shortly before the Hearing, the Plaintiff transmitted a document to the Court which purports to be a Motion to Stay this action, to which she attached a letter from her Social Worker which stated, in part, as follows:

> It has come to my attention that Ms. Fox appears to be unable to deal with many realistic stressors in her life at this time. In order to decrease some of this stress, I am requesting that her efforts in attempting to deal with the legal process being handled

(39)

FILED DEC 31 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

> through your court be placed on hold for at least six months.

Docket No. 37.

The Plaintiff had filed no other papers in response to the Defendants' Motion for Summary Judgment, and it was not disclosed whether she had served her Motion on the Defendant.

At the time of the Hearing, on December 11, 2002, the Plaintiff failed to appear, owing to a breakdown in the car of a friend, which was intended to be used for transport to the Court-house. Accordingly, we rescheduled the Hearing on the Defendants' Motion for Summary Judgment to **January 23, 2003, at 1:00 o'clock p.m., in Courtroom No. 3, at the United States Courthouse in Duluth, Minnesota.** We further advised the Plaintiff that, should she wish to proceed with her Motion to Stay, more information would be required from her, including a competent showing, that a stay of this action, while she concentrates on securing the custody of her children who, we understand, were placed in the custody of her former husband by a Minnesota State Court, is warranted. The Plaintiff's Social Worker makes no mention as to the bases on which he is requesting this proceeding to be held in abeyance, while the Plaintiff's other legal proceedings progress.

As we advised the parties, this case has previously enduring significant delays, and we are prepared to recommend a stay to the District Court if warranted, but the Plaintiff should understand

that this proceeding was instituted by her, that she makes significant claims of wrongdoing against the Defendants, and that the Defendants are also entitled to have their defenses heard on a timely basis. Whether this case warrants a stay, and the likely duration of such stay, given the uncertain nature of the Plaintiff's request, are matters we must leave for further argument and briefing.

Lastly, with the permission of the District Court, the Honorable Richard H. Kyle presiding, we relieve the parties from the District Court's Notice of Assignment of Cases for Trial, and its Order of November 25, 2002, which required the parties to serve and file their initial pretrial submissions by January 15, 2003. In order to allow the orderly disposition of the pending Motions, if the Plaintiff wishes to pursue her Motion for a Stay, then she is to serve and file all supportive papers **by no later than January 15, 2002**, and shall serve and file any opposition to the Defendants' Motion for Summary Judgment, by that same date. The Defendants will then have **until January 21, 2002**, to serve and file any Reply to the Plaintiff's response to Summary Judgment, and any opposition to the Plaintiff's Motion for a Stay, if she continues with that Motion.

NOW, THEREFORE, It is --

ORDERED:

1. That, with the permission of the District Court, the parties are relieved from the District Court's Order of November 25, 2002, until further Order of this Court.

2. That, if the Plaintiff wishes to pursue her Motion for a Stay, then she is to serve and file all supportive papers **by no later than January 15, 2003**, and shall serve and file any opposition to the Defendants' Motion for Summary Judgment, by that same date.

3. That the Defendants shall have **until January 21, 2003**, to serve and file any Reply to the Plaintiff's response to Summary Judgment, and any opposition to the Plaintiff's Motion for a Stay, if she continues with that Motion.

4. That the Hearing on the Defendants' Motion for Summary Judgment, and the Plaintiff's Motion for a Stay, if she wishes to continue with that Motion, is set for **January 23, 2003, at 1:00 o'clock p.m., in Courtroom No. 3, in the United States Courthouse in Duluth, Minnesota.**

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE