UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Deanne Fox, on behalf of her minor children, Nicholas and Julian,

Plaintiff,

Civil No. 01-1701 (RHK/RLE)

vs.

**ORDER**

Independent School District No. 2609, a/k/a Win-E-Mac School District, et al.,

Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 31) is **DENIED**, without prejudice to its renewal, in order to allow the Plaintiff to competently respond to that Motion; and

2. Plaintiff's Motion for a Stay (Doc. No. 37) is **GRANTED** for a period of six months, after which the Court shall schedule a Status Conference with the parties by separate Order.

Dated: February 19, 2003

RICHARD H. KYLE
United States District Judge

FEB 19 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK