**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO. 02-2936 (PAM/RLE)**

---

Thomas E. Mortice,

Plaintiff,

vs.

**STIPULATED PROTECTIVE ORDER**

Providian Financial Corporation
d/b/a Providian National Bank,
Experian Information Solutions, Inc.,
and Trans Union LLC,

Defendants.

---

WHEREAS, on or about February 27, 2003, Defendant Providian Financial Corporation("Providian") file d a motion for a protective order relieving its of its obligation to respond to any outstanding discovery requests and ordering Plaintiff to cease all discovery;

WHEREAS, on or about March 20, 2003, Defendant Trans Union LLC joined in Providian's motion for a protective order; and,

WHEREAS, Plaintiff has reviewed Providian's motion for a protective order and agrees that entry of a protective order as sought by Providian is appropriate.

Now therefore, Plaintiff, Providian and Trans Union, through their undersigned counsel of record, hereby stipulate and agree to entry of a protective order relieving Providian and Trans Union of any obligations to respond to any outstanding discovery requests and ordering Plaintiff to cease all discovery.

**ATTORNEYS FOR PLAINTIFF**
**Thomas E. Mortice**

By: [signature]

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr., Esq.
MN Attorney I.D. #: 249646
John H. Goolsby, Esq.
MN Attorney I.D. #: 0320201
342 East County Road D
Little Canada, MN 55117

**ATTORNEYS FOR DEFENDANT**
**Providian Financial Corporation**
**d/b/a Providian National Bank**

By: [signature]

**LEONARD STREET & DEINARD, PA**
Todd A Noteboom, Esq.
Attorney Id #: 240047
Monica L. Davies, Esq.
Attorney Id #: 315023
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402



APR 0 2 2003

26

mailed 5/4

Telephone: (651) 770-9707
Fax: 651-770-5830

Dated: March 26th, 2003

Tel: 612-335-1894
Fax: 612-335-1657

Dated: March 26, 2003

**ATTORNEYS FOR DEFENDANT**
**Trans Union, L.L.C.**

By: ______________________

**MEAGHER & GEER, PLLP**
Michael Browne, Esq.
Attorney Id#: 253313
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402-3788
612-338-0661
fax: 612-338-8384

**KATZ & KORIN, PC**
G. John Cento, Esq.
Pro Hac Vice
IN Attorney #:: 21571-49
10 West Market Street, Suite 1200
Indianapolis, IN 46204
317-464-1100
Fax: 317-464-1111

Dated: March 26, 2003

**ORDER**

Based upon the Stipulation of the parties, together with all prior proceedings herein, Plaintiff is hereby ordered to cease all discovery and defendants Providian Financial Corporation and Trans Union LLC are relieved of any obligations they may otherwise have to respond to, or to supplement, any previously served discovery requests.

**IT IS SO ORDERED.**

BY THE COURT:

Raymond L. Erickson

The Honorable Raymond L. Erickson
United States District Court Magistrate Judge

4/2/03

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

## *Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

## ***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.