UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Deanne Fox, on Behalf
of Her Minor Children,
Nicholas and Julian,

Plaintiff,

vs.

NOTICE OF RULE 16
PRETRIAL/STATUS CONFERENCE

Independent School District
No. 2609, et al.,

Defendants.

Civ. No. 01-1701(RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of December, 2003.

* * *

A Rule 16 Pretrial/Status Conference is scheduled for **Tuesday, January 6, 2004, at 9:00 a.m.,** before Magistrate Judge Raymond L. Erickson, in Courtroom No. 3, Fourth Floor, United States Courthouse, 515 W. First St., Duluth, Minnesota. This Conference may be conducted by phone and the Court asks the parties to make the necessary arrangements.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

49