UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

DEANNE FOX

Plaintiff,

vs CV 01-1701 RHK/RLE

INDEPENDENT SCHOOL DISTRICT NO. 2609
et al

Defendants.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retains jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: December 16, 2003.

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

DEC 16 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK