UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deanne Fox, on behalf of her minor children, Nicholas and Julian,

Plaintiffs,

v.

Independent School District No. 2609, a/k/a the Win-E-Mac School District, Gail Sells, individually, and in her official capacity as Superintendent of the Win-E-Mac School District; John Gevens, individually, and in his official capacity as Principal of the Win-E-Mac School District; Daryl Halvorson, individually, and in his official capacity as Win-E-Mac School District Athletic Director; Doug Johnson, individually, and in his official capacity as a teacher in the Win-E-Mac School District; Robert Nephew, individually, and in his official capacity as a teacher in the Win-E-Mac School District; Richard Hendrickson, individually, and in his official capacity as a teacher in the Win-E-Mac School District; Russ Horacek, individually, and in his official capacity as a teacher in the Win-E-Mac School District; Mike Roysland, individually and in his official capacity as a teacher in the Win-E-Mac School District; Larry Oppegard, individually, and in his official capacity as a bus driver for the Win-E-Mac School District;

Defendants.

Civ. No. 01.1701 RHK/RLE

**ORDER APPROVING MINOR SETTLEMENT AND FOR DEPOSIT INTO RESTRICTED ACCOUNT**

FEB 12 2004
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD FEB 12 2004
DEPUTY CLERK

This matter came before the Court, pursuant to petition of Plaintiff, Deanne Fox. Deanne Fox, as parent of plaintiffs Nicholas and Julian Fox, minors, petitions for approval of a minor settlement in this action. As described more fully in the executed Release and Settlement, ISD 2609 and the Individual Defendants have denied liability in regard to any and all claims alleged in the complaint.

Upon the files, records, and proceedings herein, IT IS HEREBY ORDERED:

1. The proposed Release and Settlement Agreement between Deanne Fox, on behalf of her minor children Nicholas and Julian Fox, and the Independent School District No. 2609, a/k/a the Win-E-Mac School District, a copy of which is attached hereto, is approved by the Court.

2. The settlement of all claims that the minor children Nicholas and Julian Fox may have resulting from the alleged discriminatory incidents at the Win-E-Mac School District, without any admission of such liability by the Defendants, is approved in the amount of Twenty Five Thousand Dollars ($25,000).

3. The proceeds of the settlement shall be distributed as follows: (1) Ten Thousand Dollars ($10,000) shall be deposited in Wells Fargo Bank for Nicholas Fox, in an interest bearing book entry time account/savings certificate, and where the book entry time account/savings certificate will be fully covered by federal deposit insurance; (2) Ten Thousand Dollars ($10,000) shall be deposited in Wells Fargo Bank for Julian Fox, in an interest bearing book entry time account/savings certificate, and where the book entry time account/savings certificate will be fully covered by federal deposit insurance; and (3) Five Thousand Dollars ($5,000) shall be presented to Deanne Fox.

4. The Defendant shall issue a check made payable to "Faegre & Benson" in the amount of Twenty-Five Thousand Dollars ($25,000).

5. Upon receipt and presentation of the Defendant's check, Faegre & Benson shall submit the sum of Five Thousand Dollars ($5,000) to Deanne Fox.

6. Additionally, upon receipt of the Defendant's check, Faegre & Benson shall deposit the sum of Ten Thousand Dollars ($10,000) in Wells Fargo Bank in a book entry time account/savings certificate. The deposit receipt or other deposit document shall be issued in the name of Nicholas Fox, and shall be transmitted by the financial institution to Faegre & Benson after its receipt of the deposit. The deposit shall remain with Wells Fargo Bank until April 5, 2004, at which time Nicholas Fox shall reach the age of majority. On the date of majority, Wells Fargo Bank is hereby authorized to release the funds to Nicholas Fox upon presentation of the deposit receipt or other deposit document and proper identification, without further order of this court.

7. Additionally, upon receipt of the Defendant's check, Faegre & Benson shall deposit the sum of Ten Thousand Dollars ($10,000) in Wells Fargo Bank in a separate book entry time account/savings certificate; the deposit receipt or other deposit document shall be issued in the name of Julian Fox, and shall be transmitted by the financial institution to Faegre & Benson after its receipt of the deposit. The deposit shall remain with Wells Fargo Bank until April 4, 2007, at which time Julian Fox shall reach the age of majority. On the date of majority, Wells Fargo Bank is hereby authorized to release the funds to Julian Fox upon presentation of the deposit receipt or other deposit document and proper identification, without further order of this court.

8. Petitioner Deanne Fox shall notify the financial institution of Nicholas and Julian Fox' tax identification or social security number, and Petitioner shall file a timely state and/or federal tax return on behalf of Nicholas and Julian Fox, if such filing is required by law.

9. The settlement as presented is in all respects approved.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 2/12, 2004

The Honorable Richard H. Kyle
Judge of United States District Court

M2:20602360.01