AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Deanne Fox, on behalf of her minor children,
Nicholas and Julian

V.

Independent School District No. 2609, a/k/a the
Win-E-Mac School District, et al

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1701 RHK/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the Minor Settlement and for deposit into restricted account is approved.

February 12 2004
Date

RICHARD D. SLETTEN, CLERK

(By) Gloria Schneider, Deputy Clerk